Ray Hughes
The Hughes Firm, LLC
2027 West Division Street, Suite 122
Chicago, Illinois 60622
(708) 320-3336
ray@hughesfirmllc.com
*Attorney for Appellants Staff Management Solutions,
LLC and PeopleScout MSP, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>CORPORATE RESOURCE SERVICES, INC. *et al.*,<br><br>Debtors. | Appeal Case No. 1:19-cv-10931-ER<br><br>Chapter 11 Case No. 15-12329-MG |

## AGREED ORDER EXTENING DEADLINE FOR APPELLANTS' BRIEF

WHEREAS, Appellants Staff Management Solutions, LLC and PeopleScout MSP, LLC (collectively "Appellants") filed a Notice of Appeal and Statement of Election on November 26, 2019, regarding Memorandum Opinion and Order Denying Motion to Enforce the Settlement Agreement of Judge Martin Glenn, dated October 10, 2019, in the matter entitled *In re: Corporate Resource Services, Inc. et al.*, which is before the United States Bankruptcy Court, Southern District of New York, case number 15-12329-MG,

WHEREAS, Appellants' Brief is therefore due December 26, 2019,

NOW THEREFORE, the parties to this stipulation hereby agree that the deadline for the filing of Appellants' Brief is hereby extended to January 27, 2020.

Agreed to by the following parties:

|  |  |
|---|---|
| /s Patrick Marecki | 12/20/2019 |
| Neil Berger | Ray Hughes |
| Patrick Marecki | The Hughes Firm, LLC |
| Togut, Segal & Segal LLP | 2027 West Division Street, Suite 122 |
| One Penn Plaza, Suite 3335 | Chicago, Illinois 60622 |
| New York, New York 10119 | (708) 320-3336 |
| (212) 594-5000 | ray@hughesfirmllc.com |
| neilberger@teamtogut.com | *Attorney for Appellants Staff Management* |
| pmarecki@teamtogut.com | *Solutions, LLC and PeopleScout MSP,* |
| *Attorneys for James S. Feltman* | *LLC* |
| *not individually but solely in his* | |
| *Capacity as Chapter 11 Trustee* | |
| *of the estate of Debtors Corporate* | |
| *Resource Services, Inc. et al.* | |

|  |  |
|---|---|
| /s Bruce W. Bieber | /s John Bougiamas |
| Bruce W. Bieber | Richard Haddad |
| Kurzman Eisenberg Corbin & Lever, LLP | John Bougiamas |
| One North Broadway, 12th Floor | jbougiamas@otterbourg.com |
| White Plains, New York 10601 | Otterbourg P.C. |
| bbieber@kelaw.com | 230 Park Avenue |
| (212) 922-0816 | New York, New York 10169 |
| *Attorneys for Noor Staffing Group, LLC* | (212) 905-3622 |
| *and Noor Associates, Inc.* | rhaddad@otterbourg.com |
|  | jbougiamas@otterbourg.com |
|  | *Attorneys for Wells Fargo Bank, N.A.* |

SO ORDERED.

Dated: December __27__, 2019

Vernon S. Broderick
United States District Judge