**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
In re:

CORPORATE RESOURCES SERVICES, INC.,
*et al.*,

                            Debtors.
-----------------------------------------------------------X
STAFF MANAGEMENT SOLUTIONS, LLC
and PEOPLESCOUT MSP, LLC,

                          Appellants,                      19 **CIVIL** 10931 (ER)

       -against-                                      **<u>JUDGMENT</u>**

JAMES FELTMAN, *Chapter 11 Trustee of the
Estate of Debtors Corporate Resource Services,
Inc., et al.*, WELLS FARGO BANK, N.A.,
NOOR STAFFING GROUP, LLC, and NOOR
ASSOCIATES, INC.,

                          Appellees.
-----------------------------------------------------------X

        It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 1, 2020, Staff Management's motion is dismissed, and the Bankruptcy Court's decision is affirmed; accordingly, the case is closed.

**Dated:**  New York, New York
           September 2, 2020

                                                            **RUBY J. KRAJICK**
                                                             _____
                                                                 **Clerk of Court**
                                                  **BY:**
                                                                **Deputy Clerk**